IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY LOUIS RODRIGUEZ, | ) | No. C 11-3437 RMW (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| JOHANNA SMITH, | ) | |
| Respondent. | ) | |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks habeas relief from the execution of his sentence. At the time petitioner filed this petition, he was in custody at Idaho Maximum Security Institution, which lies in the District of Idaho.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging the manner in which a sentence is being executed are preferably heard in the district of confinement. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Here, the District of Idaho is the district of confinement.

Accordingly, this case is TRANSFERRED to the United States District Court for the District of Idaho, the district of petitioner's confinement when he filed this petition. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(2). The clerk shall terminate all pending motions from

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.11\Rodriguez437trans.wpd

1  this court's docket and transfer the entire file to the District of Idaho.

2  IT IS SO ORDERED.

3  DATED: _____

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. RODRIGUEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHANNA SMITH et al,<br><br>       Defendant.<br>_____/ | Case Number: CV11-03437 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Louis Rodriguez 68713
I.M.S.I.
Housing: C-8-A
Post Office Box 51
Boise, ID 83707

Dated: August 30, 2011

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk